```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF ILLINOIS
                       EASTERN DIVISION

CHRIS ANDERSON,                )
                               )
          Plaintiff,           )
                               )
     v.                        )    No.  11 C 2675
                               )
BLATT, HASENMILLER, LEIBSKER & )
MOORE LLC,                     )
                               )
          Defendant.           )
```

## MEMORANDUM ORDER

This Court's April 25, 2011 memorandum order ("Order") explained in detail several critical shortcomings in the proposed Complaint that had been brought by pro se plaintiff Chris Anderson ("Anderson") against Blatt, Hasenmiller, Leibsker & Moore LLC, a law firm that had assertedly violated the Fair Debt Collection Act. Following that explanation, the Order granted Anderson two weeks (until May 9) to fill the gaps that it had identified.

May 9 has now come and gone, but nothing further has been proffered by Anderson. As forecast in the final paragraph of the Order, Anderson's In Forma Pauperis Application is denied and both the Complaint and this action are dismissed.

                                                  _____
                                                  Milton I. Shadur
                                                  Senior United States District Judge

Date: May 11, 2011